# UNITED STATES DISTRICT COURT
for the
District of
Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 17 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Kevorkian De'Hon Grace

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

"See attached"
Wilkerson County Correctional Facility
Mississippi Department of Corrections

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:25-cv-39-DCB-ASH
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kevorkian Delton Grace
All other names by which you have been known:
ID Number: #172590
Current Institution: Wilkerson County Correctional Facility
Address: 2999 US Hwy 61 N, P.O. Box 1889
Woodville, MS. 39669
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: (Mr. Delaney) Wilkerson County Correctional Facility
Job or Title (if known): Warden
Shield Number:
Employer: (MTC) under management of MDOC
Address: 2999 US Hwy 61 N, P.O. Box 1889
Woodville, MS. 39669
City / State / Zip Code
☐ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: Vital Core Health Strategies
Job or Title (if known): Health Service
Shield Number:
Employer: (MTC) under management of MDOC
Address: 2999 US Hwy 61 N, P.O. Box 1889
Woodville, MS 39669
City / State / Zip Code
☐ Individual capacity  ☑ Official capacity

Page 2 of 11

Defendants

1. Warden Delaney (MTC at WCCF, under management of MDOC)

2. Vital Core Health Strategies

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

    _____ _____ _____
    City              State         Zip Code
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

    _____ _____ _____
    City              State         Zip Code
    ☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Eighth Amendment was violated. Cruel and unusual Punishment under ▓▓▓▓▓▓▓▓▓ deliberate indifference in regards to my Lupus disorder, WCCF was aware of this and denied access to medical managment of this disorder.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

## II. Basis for Jurisdiction

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under Section 1983, what Federal constitutional or statutory rights do you claim is/are being violated by state or local officials?

My Eighth Amendment is being violated. It's deliberate indifference in regards to Vital Core Health Strategies employees knowing about my Lupus disorder and actually knowing how long its been on-going without me being able to see a Rheumatologist due to the medical consultant having it in my medical records and there database notating that its been requested since May of 2024, for an appointment to be seen by Rheumatologist. Also, Warden Delaney was negligent for not having available staff on duty to transport me to off-site Rheumatologist appointment, which was set for March 17, 2025, at 6:00 A.M.. MTC employees and Vital Core Health Strategies employees are aware of my Lupus disorder and has denied me access to medical management of my serious medical need. Which also constitutes cruel and unusual punishment due to the actual knowledge of my serious medical needs and the untimely delay of access to medical care.

Pages 3 of 11

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
On May 31, 2023, at CMCF, the medical staff was notified by me being diagnosed with Lupus and was verified by Saul's Dermatologist out of Meridian, Ms.. Since then my medical record has been transferred from prison to prison.

C. What date and approximate time did the events giving rise to your claim(s) occur?

On March 17, 2025, approximately around 4:00 AM I was awakened to get ready for my appointment, but were denied visit due to lack of transportation.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The flare-ups are constant. I was denied access to Rheumatologist Appointment and it has caused an untimely delay in medical treatment. Lt. Williams contacted Major Daniels about transfer but he advised her to have medical reschedule appointment once she notified him that it wasn't enough qualified CO's on duty for the transfer.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I continue to have flare-ups related to my Lupus that is going untreated due to not being able to see specialists. I'm having skin issues, blood-pressure elevation, increased anxiety, + loss of hair. All due to not being able to be on a treatment plan for chronic auto-immune disorder. WCCF denied me access to specialists appt., Vital Core Health Strategies employees noted to reschedule appt. due to lack of transportation by WCCF.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm requesting a million dollars ($1,000,000) and to be housed at a facility that will ensure and provide medical care needed for Lupus disorder. I'm requesting this due to the neglect of medical care and failure to accommodate my disability. Also, the effect this whole process has had on my mental and physical well-being.

# V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I've continued to have flare-ups related to my lupus. The doctor only treated me with pain reliever plus pills. The flare-ups are more often then usual due to going untreated by not being able to see specialist. I'm constantly having skin irritations that I have not been treated for. My blood-pressure is constantly elevating, increasing anxiety within me causing me have to take higher dosages of psych medication (paxil + zyprexa). I'm in constant fear of that I'm going to die in prison being housed at this facility. I'm constantly having aches and sharp pains in my ball joints and bones as in my legs, arms, knee's, + elbows. My fingers constantly cramp and lock up. I can't properly stay physically active without spraining, rolling, or pulling muscles due to no medical treatment plan implemented by a Rheumatologist. I've had a loss of hair. I'm constantly declining with my mental health due to being depressed, stressed, and constantly dealing with hallucinations, as in constantly hearing voices saying that, "The staff here is going to let me die. Your immune system is declining. I'm not gone make it out of prison."

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Central Mississippi Correctional Facility
Southern Mississippi Correctional Institution
Wilkerson County Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

~~☒ Yes~~

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   WCCF / ARP Program

2. What did you claim in your grievance?

   I claimed medical staff refusing to answer medical request as in sick-calls and my serious medical condition of Lupus + Alopecia. I constantly filled out sick calls not recieving a response to them nor getting the medical attention I need. They refuse to get me to an offsite doctor to see a Rheumatologist.

3. What was the result, if any?

   The grievance was back-logged. Then an appt. was set to see the specialist but was delayed due to lack of transportation.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   My ARP was back-logged due to most recent request of Administrative Remedy which was set aside for handling in due course.
   See attatched Exhibit 2

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I did file a grievance, but I also informed MDOC office of Constituent Services through emails, Vital Core Health Strategies employees, Casemanager Ms. M. Turner, and the psych doctors as in particular Ms. Williams, Psych doctor. All were informed of these issues, All responded stating that I need to do a sick-call.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Please see attached Exhibit 2

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Kevorkian Grace

   Defendant(s) Warden Lionel Johnson, et al.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court For The Southern District of Mississippi

3. Docket or index number

   3:24-cv-268-CWR-ASH

4. Name of Judge assigned to your case

   s/ Carlton W. Reeves

5. Approximate date of filing lawsuit

   5-30-24

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition   09/27/24

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The case was dismissed and no there was no appeal.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-20-25

Signature of Plaintiff: Kevorkian Grace
Printed Name of Plaintiff: Kevorkian Grace
Prison Identification #: 172590
Prison Address: WCCF UPod #208
2999 US Hwy 61 N, P.O. Box 1889
Woodville, MS 39669

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____