Exhibit 1

Kevorkian Grace #172590   U-Pod# 208        2-4-25

This is a request for Administrative Remedy

I'm writing on the behalf of the medical staff here refusing to answer my medical request as in sick calls and my serious medical condition of Lupus and Alopecia, which I informed the staff here upon my arrival during intake. I've constantly filled out sick calls not receiving a response to them nor getting the medical attention I deserve. A week after I arrived here I was called out due to swelling of my head and serious Migraines. I informed nurses of my diagnosis of Lupus. Every since then, I have not received any medical attention due to this matter. They refuse to get me to an offsite doctor to see a Rheumatologist.

Relief Sought: I'm seeking to receive medical assistance I'm entitled to as a prisoner.