Exhibit 2



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
Burl Cain
COMMISSIONER

Wilkinson County Correctional Facility
Warden T. Delaney

Post Office Box 1119
Woodville, Mississippi 39669
601-888-3199

March 19, 2025

Inmate: Kevorkian Grace #172590

Unit: (WCCF)

RE: Your Request for Administrative Remedy

Your most recent request for Administrative Remedy which concerns you seeking to receive medical assistance i'm entitled to as a prisoner; however, it is noted that you have a previously accepted ARP or ARP's which is/are presently under review. Your most recent request for Administrative Remedy is being set aside for handling in due course. If you wish to have your request handled now through the Administrative Remedy Program, you may withdraw (in writing) all pending ARP's.

Sincerely,

S. Rowe
Grievance Coordinator
Administrative Remedy Program

SR

Pc: File

301 North Lamar Street. Jackson, MS 39201
Phone (601) 359-5600 Fax: (601) 359-5624