Exhibit 3

## RE: Showers

**Infection Risk!, Lack of exercise**

**Office Of Constituent Services**
To: me · Fri, Dec 27, 2024 at 4:08 PM

Dear Ms. Silvey,

Emails are reviewed and issues are addressed in the order they were received. We received your email regarding inmate Kevorkian Grace #172590 and we shared your information with the appropriate personnel to check on the situation you described.

This office was informed that staff members at the facility are allowing bathing opportunities for the inmates.
If staffing is short on an occasion, recreation time may be abbreviated or delayed.

In reference to your concern about receiving a response when you called the facility, please be advised that MDOC cannot discuss inmates' incarceration information with non-authorized persons beyond what is allowed for the general public. You are not on any of inmate Grace's approved contact lists.

Thank you for reaching out to the MDOC.

**Office of Constituent Services**
**Mississippi Department of Corrections**

The Mission of the Mississippi Department of Corrections (MDOC) is to enhance public safety by providing safe and secure facilities, effective supervision, and rehabilitative services that transform lives.
The Vision of the MDOC is to be a professional organization that is honorable, innovative, and fiscally responsible.

**From:** support@msegov.com <support@msegov.com>
**Sent:** Friday, December 27, 2024 11:26 AM
**To:** Office Of Constituent Services <constituentservices@mdoc.state.ms.us>
**Subject:** Showers

**Your Name**
Jessica Silvey

**Email**
ohheynurse@yahoo.com

**Phone**
757-969-8059

**Offender Name**
Kevorkian Grace

**Offender's MDOC Number**
172590

**Subject**
Showers

**Message**
I feel like I am writing an email everyday but when calling up to the facility I get transferred everytime to a voicemail and don't get called back. However, my main concern today is that the inmates in upod are not being let out for the hour of rec where they can shower and walk around for a little bit which is extremely important to their personal hygiene health but also their mental health. I am being told by multiple inmates that the guard said that she has bad knees and doesn't feel like walking up and down to let them out ? This is not ok and makes me very concerned for the welfare of the men in the Wilkinson facility

Reply ⬅    Forward ➡