

Exhibit 4

yahoo!mail Search your mail Give feedback Go ad-free J

Back Starred Contacts More

Inbox Starred Sent Drafts Folders

Inbox

# RE: Brown Water

Infection Risk

Office Of Constituent Services
To: me · Thu, Dec 26, 2024 at 5:31 PM

Dear Ms. Silvey.

**Please excuse the delay in response.**
**Please be advised that your email is not received at the facility where the inmate is located, but is directed to the MDOC central administrative office in downtown Jackson which is closed on weekends, state, and some federal holidays.**

*Our office was closed Tuesday and Wednesday, Dec. 24 and Dec. 25, due to the Christmas holiday.*
*We are still catching up on messages as emails received are being reviewed and addressed in the order they were received.*

We received your email regarding the water at the Wilkinson County Correctional Facility and we shared your information with the appropriate personnel to check on the situation you described.

Thank you for reaching out to the MDOC.

**Office of Constituent Services**
Mississippi Department of Corrections

MISSISSIPPI DEPARTMENT OF CORRECTIONS

*The Mission of the Mississippi Department of Corrections (MDOC) is to enhance public safety by providing safe and secure facilities, effective supervision, and rehabilitative services that transform lives.*
*The Vision of the MDOC is to be a professional organization that is honorable, innovative, and fiscally responsible.*

**From:** support@msegov.com <support@msegov.com>
**Sent:** Tuesday, December 24, 2024 2:27 PM
**To:** Office Of Constituent Services <constituentservices@mdoc.state.ms.us>
**Subject:** Brown Water

**Your Name**
Jessica Silvey

**Email**
ohheynurse@yahoo.com

**Phone**
757-969-8059

**Topic**
Offender Safety

**Subject**
Brown Water

**Message**
I got a call today saying that the water is coming out brown and not safe to drink and that the inmates were told by an officer that there's nothing they can do about it- this is a huge concern

Reply Forward