Exhibit 5

### RE: Concern for safety

*hygiene – Infection Risk*

**Office Of Constituent Services**
To: me · Mon, Dec 30, 2024 at 5:15 PM

Dear Ms. Silvey,

Emails are reviewed and issues are addressed in the order they were received. We received your email regarding inmate Kevorkian Grace #172590 and other inmates in the facility.

This office was informed of the following:
- A temporary power loss due to storms recently resulted in lack of hot water which was restored.
- Recreation time and access to showers has been in rotation due to staff shortages but they are happening.
- All of the Christmas bags were delivered.
- Due to holiday hours and delayed arrival, mail delivery process may have slowed but the mail officer delivers mail as it is received. If there are specific items that Mr. Grace should have received, please provide that information so our staff may check the situation more closely.

Our compliance monitor is copied on this response so they will be aware of your concerns listed below.

Thank you for reaching out to the MDOC.

Office of Constituent Services
Mississippi Department of Corrections

The Mission of the Mississippi Department of Corrections (MDOC) is to enhance public safety by providing safe and secure facilities, effective supervision, and rehabilitative services that transform lives.
The Vision of the MDOC is to be a professional organization that is honorable, innovative, and fiscally responsible.

**From:** support@msegov.com <support@msegov.com>
**Sent:** Monday, December 30, 2024 12:35 PM
**To:** Office Of Constituent Services <constituentservices@mdoc.state.ms.us>
**Subject:** Concern for safety

Your Name
Jessica Silvey

**Email**
ohheynurse@yahoo.com

**Phone**
757-969-8059

**Offender Name**
Kevorkian Grace

**Offender's MDOC Number**
172590

**Subject**
Concern for safety

**Message**
The response from my last email stating I wouldn't get called back because I'm not on Mr. Grace's contact list is something I can understand. However, I am concerned with the safety of not only him but the other inmates as well.

They are told they have 1 hour a day to be able to shower and mentally remain stable- currently he has not had a shower since Thursday and hasn't been let out of the cell Friday, Saturday, and Sunday. The answer for why is being short staffed. He currently has an open area under his arm from an abscess that you guys have treated and then he was told to keep it clean but then has not been able to shower- neglectful.

Christmas packages were delivered and he has yet to receive his, guard told him he wasn't going to get his package because she didn't feel like getting it, also not receiving mail because it is not being passed out- mail lady said she logged 3 letters in on Friday. This same guard is the one who said they couldn't come out on Friday because she had bad knees and doesn't want to walk up to let people out.

I can understand short staffed but not when it affects people's physical health and mental. I attempted to call and voice my concerns and was also told, "well we are short staffed" and then was transferred to case management where nobody answered and I left voicemail.

Reply ⇦    Forward ⇨