**yahoo!mail**  Search your mail

Inbox / Starred / Sent / Drafts / Folders

Inbox

## RE: Issues

**Office Of Constituent Services**
To: me · Fri, Jan 31 at 4:46 PM

Dear Ms. Silvey,

Emails are reviewed and issues are addressed in the order they were received.
We received your email regarding inmate Kevorkian Grace #172590
We shared your information with the appropriate personnel both at the facility and here at Central Office of MDOC to check on the situation you described.
They will investigate your claims.

In reference to your attempts to contact the facility, prison personnel cannot discuss any inmate with non-authorized persons whether you are asking for personal information or not.

Thank you for reaching out to the MDOC.

**Office of Constituent Services**
**Mississippi Department of Corrections**

*The Mission of the Mississippi Department of Corrections (MDOC) is to enhance public safety by providing safe and secure facilities, effective supervision, and rehabilitative services that transform lives.*
*The Vision of the MDOC is to be a professional organization that is honorable, innovative, and fiscally responsible.*

From: support@msegov.com <support@msegov.com>
Sent: Friday, January 31, 2025 2:48 PM
To: Office Of Constituent Services <constituentservices@mdoc.state.ms.us>
Subject: Issues

Your Name
Jessica Silvey

Email
ohheynurse@yahoo.com

Phone
757-969-8059

**Offender Name**
Kevorkian Grace

**Offender's MDOC Number**
172590

**Subject**
Issues

**Message**
Good Afternoon, I am again being forced to write an email to whoever is on the other end of receiving them due to the non answering at Wilkinson. You can call several times a day and never get to actually speak to someone. I have tried to go through the correct chain of commands by asking for unit manager and case manager without reply. I am not asking for personal information on Mr. Grace so there is no reason that someone cannot answer. I have serious concerns about the welfare and heath conditions for every inmate currently residing in UPOD. They went a period of time without water last night and today. They have feces from other cells backing up into each other and are being told it can not be handled one because the guard doesn't feel like walking up the stairs because her knees are bad and they are basically blaming the inmates saying they flooded their own cells. Another humans feces backing up into your toilet is beyond a health concern and can cause serious respiratory issues not to mention the risk of infection that could come from contact. I also am concerned that while I was on a phone call I can hear an inmate screaming and was told that the guard ripped the shower curtain off of the showers while an inmate was in the shower to me and the general public this would be considered sexual harassment to be honest and there are several inmates who witnessed this. I feel like every day it it's something else. it is one thing to serve time due to a crime you committed but these people are also human and being treated like animals and it seems nobody cares and I can guarantee I will get an email back that just brushed everything I'm saying under the rug. I am tired of continually asking for help and nobody doing anything about it. The Wilkinson facility should be shut down and is a poor example of how the MDOC is letting something be run. Is there even anyone in charge, doesn't seem to be. At this point I feel I will need to contact higher authorities because this is absolutely ridiculous and if it was your own family member locked inside you would never accept the way they are being forced to live on a day to day.

Reply    Forward