## RE: Out of cell time

**Office Of Constituent Services**
To: me · Wed, Feb 19 at 2:28 PM

Dear Ms. Silvey,

Emails are reviewed and issues are addressed in the order they were received.
We received your email regarding inmate Kevorkian Grace #172590.
We shared your information with the appropriate personnel to check on the situation you described.

This office was informed that there was a disruption in the facility's routine regarding showers, but conditions were expected to return to normal today.

Thank you for reaching out to the MDOC.

Office of Constituent Services
Mississippi Department of Corrections

The Mission of the Mississippi Department of Corrections (MDOC) is to enhance public safety by providing safe and secure facilities, effective supervision, and rehabilitative services that transform lives.
The Vision of the MDOC is to be a professional organization that is honorable, innovative, and fiscally responsible.

From: support@msegov.com <support@msegov.com>
Sent: Tuesday, February 18, 2025 11:53 AM
To: Office Of Constituent Services <constituentservices@mdoc.state.ms.us>
Subject: Out of cell time

Your Name
Jessica Silvey

Email
ohheynurse@yahoo.com

Phone
757-969-8059

Offender Name
Kevorkian Grace

**Offender's MDOC Number**
172590

**Subject**
Hygiene - Out of cell time

**Message**
I'm writing today to try to understand the process for hygiene/rec time. I was under the impression that the inmates would be getting an hour a day outside of the cell to be able to shower and for their mental well being. However, most weeks he doesn't get out over the weekend or like this past weekend he wasn't able to come out and shower Sunday and again yesterday. I was told the gaurd was picking and choosing which cells to open and let out but not everyone was able to get out. Am I wrong for being worried or thinking this isn't fair treatment, 48 hours locked in a cell with no shower can't possibly be policy. please correct me if I'm wrong but I feel like it's always a fight or struggle for the inmates to just have a normal day at Wilkinson

Reply ⬅    Forward ➡