Exhibit 8

## RE: Showers

**Office Of Constituent Services**
To: me · Tue, Mar 18 at 1:18 PM

Dear Ms. Silvey,

Emails are reviewed and issues are addressed in the order they were received.
We received your email regarding inmate Kevorkian Grace #172590 and we shared your information with the appropriate personnel to check on the situation you described.

Due to security concerns when an incident occurs that is aggressive, the proper procedure is to lockdown the unit involved until an investigation is done. This is to protect the other inmates who are housed on that unit as well as staff. Once the investigation is complete and it is determined that there is no danger of a recurrence on that pod, then conditions will return to normal procedure.

Thank you for reaching out to the MDOC.

Office of Constituent Services
Mississippi Department of Corrections

The Mission of the Mississippi Department of Corrections (MDOC) is to enhance public safety by providing safe and secure facilities, effective supervision, and rehabilitative services that transform lives.
The Vision of the MDOC is to be a professional organization that is honorable, innovative, and fiscally responsible.

From: support@msegov.com <support@msegov.com>
Sent: Tuesday, March 18, 2025 10:44 AM
To: Office Of Constituent Services <constituentservices@mdoc.state.ms.us>
Subject: Showers

Your Name
Jessica Silvey

**Email**
ohheynurse@yahoo.com

**Phone**
757-969-8059

**Offender Name**
Kevorkian Grace

**Offender's MDOC Number**
172590

**Subject**
Lockdown - Showers

**Message**
I'm being told that the inmates on UPOD at Wilkinson Correctional Facility are on lock down due to an incident that occurred between two inmates that were immediately taken off the unit but because of this the inmates haven't been out of lockdown since Friday and unable to shower and when asked for how long aren't even being given a response. Is this normal procedure ? For inmates to be locked down and unable to get that they need due to something they have no control over or weren't involved in and the inmates aren't even on the unit anymore ?

Reply ⟵    Forward ⟶